IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NEWPATH MUTUAL INSURANCE CO.,<br><br>                    Plaintiff,<br><br>    v.<br><br>JESSICA HIGGINS; JARROD WILSON; CURATED FUND OF FUNDS, LP; CURATED FINANCIAL, INC.,<br><br>                    Defendants. | Civil Action No. 2:22-cv-00709-TC |

## **ORDER AND JUDGMENT**

This matter was before the Court on Plaintiff's Motion to Enforce Settlement (the Motion, ECF No. 176) against Defendant Jarrod Wilson, M.D. (Dr. Wilson). The court, having reviewed the Motion and being otherwise sufficiently advised,

**HEREBY ORDERS AND ADJUDGES:**

1. That a judgment is hereby entered in favor of Newpath Mutual Insurance Co. (Newpath) against Jarrod Wilson, M.D. (Dr. Wilson) in the amount of $5,000.00, plus post-judgment interest at the prevailing federal rate.

2. Within five (5) days of entry of this Judgment, Dr. Wilson shall deliver to counsel for Newpath: (i) the payment prescribed in Paragraph 1 of this Order and Judgment; and (ii) a signed copy of the settlement agreement and declaration attached as Exhibit 1 to the Motion.

3. In the event Dr. Wilson fails to timely comply with this Order and Judgment, Newpath shall also recover, as a sanction against Dr. Wilson, the amount of its attorneys' fees and costs incurred in the settlement conference, preparation of the settlement agreement and declaration referenced above, and in pursuit of its Motion. In such case, Newpath shall file, within the next fourteen (14) days, an affidavit setting the attorneys' fees and costs described herein.

4. The court shall further instruct the jury at trial, as to the import of statements made by Dr. Wilson within the aforementioned declaration.

DATED this 19th day of August, 2025.

BY THE COURT:

_____
Tena Campbell
United States District Judge