IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NEWPATH MUTUAL INSURANCE CO.,<br><br>Plaintiff,<br><br>v.<br><br>JESSICA HIGGINS, ROBYN LYNN SZTYNDOR, JARROD WILSON, CURATED FUND OF FUNDS, LP, CURATED FINANCIAL, INC., MAGELLAN ADMINISTRATION CO.,<br><br>Defendants. | Civil Action No. 2:22cv00709 TC |

## **SUPPLEMENTAL JUDGMENT**

This matter comes before the court on the Plaintiff's Motion for Supplemental Judgment to Include Attorneys' Fees (the Motion) against Defendant Jarrod Wilson, M.D. (ECF No. 191.) Having reviewed the Motion and being otherwise sufficiently advised, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED; and

2. Judgment is hereby entered in favor of Newpath Mutual Insurance Co. against Jarrod Wilson, M.D. in the amount of $14,688.00, plus post-judgment interest at the prevailing federal rate.

DATED this 22nd day of September, 2025.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge